**[X] AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

    DELORES L. BROWN,   **Case No. 22-20924 DEB**
   **Chapter 13**

**Debtor.**

## FIFTH AMENDED CHAPTER 13 PLAN

**ADDRESS:**  (1) 4441 Windward Drive    (2) _____
   Memphis, Tennessee 38109

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay $_____300.00_____ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or (X) monthly, by

    ( ) PAYROLL DEDUCTION from: _____    **OR ( X ) DIRECT PAY.**

    FIRST PAYMENT DATE: _____

    **DEBTOR (2)** shall pay $_____ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by

    ( ) PAYROLL DEDUCTION from: _____    **OR ( ) DIRECT PAY.**

    FIRST PAYMENT DATE: _____

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]   ( ) YES   (x) NO

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM.** [See plan provision #7 and #8]   ( ) YES   (x) NO

   (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12]   ( ) YES   (x) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan OR ( x ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by ( ) Debtor directly, ( ) Wage Assignment, OR ( ) Trustee to:   Monthly Plan Payment:
   _____; ongoing Payment begins _____, 2022   $_____
   Approximate arrearage: $_____   $_____
   _____; ongoing Payment begins _____, 2022   $_____
   Approximate arrearage: $_____   $_____

5. **PRIORITY CLAIMS:**
   _____   Amount: _____   $_____
   _____   Amount: _____   $_____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); OR (X) Paid by Trustee to:
   Land Home Financial Services, Inc. ; ongoing Payment begins _____, 2022   $_____
   Approximate arrearage: $ 7,500.00   $ 210.00
   _____; ongoing Payment begins _____, 2022   $_____
   Approximate arrearage: $_____

7. **SECURED CLAIMS:**

   | [Retain lien 11 U.S.C. § 1325(a)(5)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
   |---|---|---|---|
   | _____ | $_____ | _____% | $_____ |
   | _____ | $_____ | _____% | $_____ |
   | _____ | $_____ | _____% | $_____ |

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

   [Retain lien 11 U.S.C. § 1325(a)]

   | | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
   |---|---|---|---|
   | | $ _____ | 6.25 % | $ _____ |
   | | $ _____ | 6.25 % | $ _____ |
   | | $ _____ | 6.25 % | $ _____ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERIMATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   _____  Collateral: _____
   _____  Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

    | | Amount: | Rate of Interest: | Monthly Plan Payment: |
    |---|---|---|---|
    | | $ _____ | _____ % | $ _____ |
    | | $ _____ | _____ % | $ _____ |
    | | $ _____ | _____ % | $ _____ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

    _____  ( ) Not provided for  OR  ( ) General unsecured creditor
    _____  ( ) Not provided for  OR  ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

    _____
    _____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $ 1,006.00 .**

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( )  _____ %, OR

    ( X )  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

    _____  ( ) Assumes  OR  ( ) Rejects.
    _____  ( ) Assumes  OR  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately ____36____ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    _____
    _____
    _____

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Michael Don Harrell                                    DATE: __11/16/2022__
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**